```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 50925
   DEBORAH J ROBINSON
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-5121


-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      The case was filed on 10/12/2005 and was confirmed 12/12/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was paid in full 01/27/2009.
-----------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
PORTFOLIO RECOVERY ASSOC  UNSECURED          733.27          .00          73.33
CAPITAL ONE               UNSECURED         2418.77          .00         241.88
CAPITAL ONE               UNSECURED          515.59          .00          51.56
CAPITAL ONE               UNSECURED         2546.36          .00         254.64
FIRST CONSUMERS CARD SER  UNSECURED         1619.02          .00         161.90
PREMIER BANCARD CHARTER   UNSECURED          734.98          .00          73.50
PREMIER BANCARD CHARTER   UNSECURED          754.00          .00          75.40
PREMIER BANCARD CHARTER   UNSECURED          624.39          .00          62.44
ECAST SETTLEMENT CORP     UNSECURED          797.77          .00          79.78
ECAST SETTLEMENT CORP     UNSECURED         2086.16          .00         208.62
MERRICK BANK              UNSECURED         1171.22          .00         117.12
NEWPORT NEWS              UNSECURED        NOT FILED         .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED          766.84          .00          76.68
US CELLULAR               UNSECURED        NOT FILED         .00            .00
DAVID M SIEGEL            DEBTOR ATTY      2,244.00                    2,244.00
TOM VAUGHN                TRUSTEE                                        250.56
DEBTOR REFUND             REFUND                                          28.59

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                 4,000.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                        1,476.85
ADMINISTRATIVE                                   2,244.00
TRUSTEE COMPENSATION                               250.56
DEBTOR REFUND                                       28.59
                      -----------           -----------
TOTALS                  4,000.00                 4,000.00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 50925 DEBORAH J ROBINSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/10/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE